UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL ECHEVERRIA FIGUEROA,<br><br>    Defendant. | Case No.: ED16-00246M<br><br>ORDER OF PRETRIAL DETENTION<br>(18 U.S.C. §§ 3142(e), (i)) |

I.

A. (√) On motion of the Government in a case that involves:

    1. ( ) a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of ten years or more is prescribed.

    2. ( ) an offense for which the maximum sentence is life imprisonment or death.

    3. (√) an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act, or the Maritime Drug Law Enforcement Act.

    4.  ( )  any felony if defendant has been convicted of two or more offenses described above, two or more state or local offenses that would have been offenses described above if a circumstance giving rise to federal jurisdiction had existed, or a combination of such offenses..

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or that involves possession or use of a firearm or destructive device or any other dangerous weapon, or that involves a failure to register under 18 U.S.C § 2250.

B.  On motion ( ) by the Government / ( ) of the Court *sua sponte* in a case that involves:

    1. ( )  a serious risk defendant will flee.

    2. ( )  a serious risk defendant will:

        a.  ( ) obstruct or attempt to obstruct justice.

        b.  ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government (√) is / ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

1
2                                II.
3       The Court finds that no condition or combination of
4    conditions will reasonably assure:
5
6    A.   (√)  the appearance of defendant as required.
7    B.   (√)  the safety of any person or the community.
8
9
10                               III.
11      The Court has considered:
12   A.   the nature and circumstances of the offense(s) charged;
13   B.   the weight of the evidence against defendant;
14   C.   the history and characteristics of defendant; and
15   D.   the nature and seriousness of the danger to any person or
16        the community that would be posed by defendant=s release.
17                               IV.
18      The Court has considered all the evidence proffered and
19   presented at the hearing, the arguments and/or statements of
20   counsel, and the Pretrial Services Report and recommendation.
21                               V.
22      The Court concludes:
23   A.   (√)  Defendant poses a serious flight risk based on:
24        (√)  information in Pretrial Services Report and
25             Recommendation
26        (√)  other:    <u>Alleged offense, no known bail resources,</u>
27             <u>background information</u>
28   B.   (√)  Defendant poses a risk to the safety of other persons

                                 3

```
 1  and the community based on:
 2      (√)   information in Pretrial Services Report and
 3  Recommendation
 4      (√)   other: Alleged offense
 5
 6  C.  ( ) A serious risk exists that defendant will:
 7      1.   ( ) obstruct or attempt to obstruct justice,
 8      2.   ( ) threaten, injure, or intimidate a witness/juror,
 9  or attempt to do so,
10       based on:
11  D.  ( ) Defendant has not rebutted by sufficient evidence to
12  the contrary the presumption provided in 18 U.S.C. ' 3142(e) that
13  no condition or combination of conditions will reasonably assure
14  the appearance of defendant as required.
15      E.   ( )    Defendant has not rebutted by sufficient
16  evidence
17       to the contrary the presumption provided in 18 U.S.C. '
18  3142(e) that no condition or combination of conditions will
19  reasonably assure the safety of any other person and the
20  community.
21                              VI.
22  A.  IT IS THEREFORE ORDERED that defendant be detained prior to
23      trial.
24  B.  IT IS FURTHER ORDERED that defendant be committed to the
25      custody of the Attorney General for confinement in a
26      corrections facility separate, to the extent practicable,
27      from persons awaiting or serving sentences or being held in
28      custody pending appeal.
```

1  C.  IT IS FURTHER ORDERED that defendant be afforded reasonable
2      opportunity for private consultation with counsel.

4  D.  IT IS FURTHER ORDERED that, on order of a Court of the
5      United States or on request of an attorney for the
6      Government, the person in charge of the corrections facility
7      in which defendant is confined deliver defendant to a United
8      States Marshal for the purpose of an appearance in
9      connection with a court proceeding.

DATED:   June 13, 2016           Honorable Kenly Kiya Kato
                                 United States Magistrate Judge